General, *B. D. Murphy, Edward E. Dorsey* and *M. F. Goldstein* for appellees.

No. 541.   RISS & CO., INC. *v.* UNITED STATES ET AL.

*Per Curiam:* The motions to affirm are granted and the judgment is affirmed.   MR. JUSTICE BLACK, MR. JUSTICE REED, and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted and the case set down for argument. *John B. Gage, Wendell Berge* and *A. Alvis Layne, Jr.* for appellant.   *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission; *Carl L. Steiner* for the Spector Motor Service, Inc.; and *John R. Norris* for the Interstate Common Carrier Council of Maryland, Inc. et al., appellees.

No. 545.   MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION *v.* OWEN.

No. 557.   LORD ET AL. *v.* HENDERSON, DIRECTOR OF THE MOTOR VEHICLE DEPARTMENT, ET AL.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question.   *Warren E. Libby* for appellants.   *Edmund G. Brown,* Attorney General of California, and *Frank W. Richards,* Deputy Attorney General, for appellees.